

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2024

**By E-Mail**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Peter Lovaglio*, 17 Cr. 732 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter regarding sealing in the above-referenced case. The Government and defense counsel agree that this case can be unsealed. The Government has reviewed the filings in the Court's file and only requests that the following documents remain under seal:

- The defendant's presentence report;
- The defendant's cooperation agreement, because such documents are not publicly docketed in the normal course and because redacted versions were admitted at trial;
- The unredacted version of the defendant's sentencing submission, because it contains the defendant's medical information; and
- Letters to the Court containing the defendant's medical information, dated:
    - January 20, 2022
    - September 23, 2022
    - October 21, 2022
    - November 21, 2022
    - January 23, 2023

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921

cc (By E-Mail):   Richard Rosenberg, Esq.
                    Counsel to Peter Lovaglio